# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARA HOLMES, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 10-CV-2672 EFM/KGG |
| | ) |
| CUTCHALL MANAGEMENT KANSAS LLC, | ) |
| d/b/a Famous Dave's, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear its or her own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated this 28th day of February, 2013.

Eric F. Melgren
United States District Judge

14050951.1